

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2017

No. 04-16-00734-CV

Michael A. **SALAZAR,**
Appellant

v.

**HEB GROCERY COMPANY, LP** and Wal-Mart #1198,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-11032
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is granted. We order appellant's brief due **June 1, 2017**. **No further extensions will be granted**. If the brief is not filed by the date ordered, this appeal may be dismissed without further notice.

Appellant also asserts there are errors in the reporter's record and asks that we order the reporter to turn over to the court her "recordings or original transcripts." We deny the motion. If appellant believes there are material inaccuracies in the reporter's record that require correction, he may bring them to this court's attention by separate motion or by a supplement to his brief. Each alleged inaccuracy must be identified by page and line number, quoting the text in the record, and stating what appellant believes the accurate text should be.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court